Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949)464-8529
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: CARMEN JOHN PERRI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMB PROPERTY HOLDING CORPORATION, a Maryland corporation; SPIRES RESTAURANT-CARSON, a business entity of unknown form; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE No: 2:20-cv-03448-GW (MAAx)<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, CARMEN JOHN PERRI ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Plaintiff has reached a full and final confidential settlement with Defendants and have agreed that each party shall bear his, their or its own costs and attorneys' expenses.

LAW OFFICES OF BABAK HASHEMI, ESQ.,
20062 SW BIRCH ST.,, STE. 200
NEWPORT BEACH, CALIFORNIA 92660

Defendants have not filed an answer to Plaintiff's Complaint and no cross-claims have been advanced by Defendants, either individually or collectively.

Respectfully Submitted.

Dated: August 12, 2020          **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By:    /s/ *Babak Hashemi*
          Babak Hashemi, Esq.
          Attorney for Plaintiff

LAW OFFICES OF BABAK HASHEMI, ESQ.
20062 SW BIRCH ST., STE. 200
NEWPORT BEACH, CALIFORNIA 92660

## CERTIFICATE OF SERVICE

I certify that on August 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendants' representative in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: August 12, 2020          **LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
      Babak Hashemi, Esq.
      Attorney for Plaintiff